UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TONY A. DISY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL TOBACCO )<br>FIREARMS & EXPLOSIVES, )<br>)<br>Defendant. ) | Civil No. 06-132-B-W |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed May 3, 2007, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Complaint (Docket # 1) be and hereby is DISMISSED without prejudice for Plaintiff's failure to prosecute.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 24th day of May, 2007